**Order filed, April 29, 2016.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00073-CV

———————

**IN THE MATTER OF THE MARRIAGE OF FAYESHA JANEEN LOUISE JONES AND CHARLES DARNELL JONES, Appellant**

---

**On Appeal from the 306th District Court
Galveston County, Texas
Trial Court Cause No. 15-FD-2661**

---

### ORDER

The reporter's record in this case was due **April 20, 2016**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Lynnette Erskine**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM